# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Farm Service Agency)

    Plaintiff

vs.

WAI WAH LEE, et. al.,

    Defendants

CIVIL NO. 96-1714 (JP)

## ORDER

| MOTION | RULING |
| --- | --- |
| Date Filed: October 15, 1999<br>Docket # 23<br>[X] Plffs   [] Defts   [] Other<br><br>Title: Motion to Reschedule Sale | **GRANTED.** The judicial sale scheduled for November 14, 1999 **SHALL** be stayed because that day is a Sunday. The Court further **GRANTS** leave to celebrate a new public sale, which **SHALL** take place on **December 2, 1999 at 2:00 p.m** in the Office of the Marshall of this Court. |

Date: 11/24/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:       #24