IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>vs.<br><br>WAI WAH LEE,, et al.,<br><br>　　Defendants | CIVIL NO. 96-1714 (JP) |

### O R D E R

The Court has before it Plaintiff's "Motion for Withdrawal of Funds Property Number 4392" (**docket No. 35**). On January 10, 1997, this Court entered Judgment for the Plaintiff in the amount of **One Hundred Ninety Nine Thousand Eight Hundred Fifty Dollars ($199,850.00)**, in principal plus **One Hundred Eleven Thousand Seven Hundred Thirty Nine Dollars and Twenty Cents ($111,739.20)**, in interest, plus costs, disbursements and attorney's fees. On May 15, 2000, this Court endorsed the notice of sale of Property 4392 (docket No. 29). On June 6, 2000, the sum of **Two Hundred Twenty Six Thousand Seven Hundred Seventy Two Dollars and Eighty Cents ($226,772.80)** was deposited in partial satisfaction of the Judgment (deposit numbers 109237 and 109240). Plaintiff now seeks to withdraw the money pertaining to deposit number 109240 as it corresponds to Property Number 4392.

The Court **GRANTS** Plaintiff's motion and hereby **ORDERS** the Clerk of the Court to draft a check in the amount of **One Hundred Eight**

CIVIL NO. 96-1714(JP)                    2


**Thousand One Hundred Ninety Two Dollars and Twenty Cents ($108,192.20),** payable to the order of "U.S. Department of Justice."

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of June, 2002.

                                                JAIME PIERAS, JR.
                                     U.S. SENIOR DISTRICT JUDGE