IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff

vs.                              CIVIL NO. 96-1714 (JP)

WAI WAH LEE, et al.,

    Defendants

### O R D E R

The Court has before it Plaintiff's "Motion for Withdrawal of Funds Property Number 4393" (**docket No. 37**). On January 10, 1997, this Court entered Judgment for the Plaintiff in the amount of **One Hundred Ninety Nine Thousand Eight Hundred Fifty Dollars ($199,850.00)**, in principal plus **One Hundred Eleven Thousand Seven Hundred Thirty Nine Dollars and Twenty Cents ($111,739.20)**, in interest, plus costs, disbursements and attorney's fees (docket No. 9). On May 15, 2000, this Court endorsed the notice of sale of Property 4393 (docket No. 30). On June 6, 2000, the sum of **Two Hundred Twenty Six Thousand Seven Hundred Seventy Two Dollars and Eighty Cents ($226,772.80)** was deposited in partial satisfaction of the Judgment (deposit numbers 109237 and 109240). Plaintiff now seeks to withdraw the money pertaining to deposit number 109240 as it corresponds to Property Number 4393.

The Court **GRANTS** Plaintiff's motion and hereby **ORDERS** the Clerk of the Court to draft a check in the amount of **One Hundred Eighteen**




CIVIL NO. 96-1714(JP)                    2


**Thousand Five Hundred Eighty Dollars and Sixty Cents ($118,580.60),** payable to the order of the "U.S. Department of Justice."

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 11th day of October, 2002.

                                    JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE