# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Farm Service Agency)

     Plaintiff

vs.                                                     CIVIL NO. 96-1714 (JP)

WAI WAH LEE, et. al.,

     Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** July 6, 1999<br>**Docket #** 18<br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Amended Request of Confirmation of Sale Nunc Pro Tunc As To Property Number 4026 | **GRANTED.** The Court hereby **CONFIRMS** the public sale of March 4, 1999, of property number 4026, the subject matter of the above captioned complaint, which was awarded to Mr. Samuel González Merced. |

Date: 12/02/02

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | #39 |