IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| vs. | CIVIL NO. 96-1714 (JP) |
| WAI WAH LEE, et al., | |
| Defendants | |

### O R D E R

The Court has before it Plaintiff's "Motion for Withdrawal of Funds Property Number 4026" (**docket No. 41**). On January 10, 1997, this Court entered Judgment for the Plaintiff in the amount of **One Hundred Ninety Nine Thousand Eight Hundred Fifty Dollars ($199,850.00)** in principal plus **One Hundred Eleven Thousand Seven Hundred Thirty Nine Dollars and Twenty Cents ($111,739.20)** in interest, plus costs, disbursements and attorney's fees (docket No. 9). On December 16, 2002, the sum of **One Hundred Sixty-Four Thousand Six Hundred Eighty-Six Dollars and Thirty-Five Cents ($164,686.35)** was deposited in partial satisfaction of the Judgment (deposit number 132628). Plaintiff now seeks to withdraw the money pertaining to deposit number 132628 as it corresponds to Property Number 4026.

The Court **GRANTS** Plaintiff's motion and hereby **ORDERS** the Clerk of the Court to draft a check in the amount of **One Hundred Sixty-Four Thousand Six Hundred Eighty-Six Dollars and Thirty-Five Cents ($164,686.35)**, payable to the order of the "U.S. Department of Justice."

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of January, 2003.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE